Opinion issued April 22, 2010

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00264-CR

———————————

Jake Mitchell Cooper, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 337th District Court

Harris County, Texas



Trial Court Case No. 1164927

 



 

MEMORANDUM OPINION 

          Because no brief had been filed for
appellant, we abated this appeal and ordered a hearing in the trial court.  Among the issues the trial judge was to
consider was whether appellant desired to prosecute the appeal.  The trial court conducted the hearing on
January 4, 2010, and the supplemental record of that hearing has been filed in
this Court.  At the hearing, appellant
stated that he wished to withdraw this appeal.

          We order
the appeal reinstated.  Appellant has not
filed a written motion to withdraw the appeal. 
See Tex. R. App. P.
42.2(a).  However, given appellant=s expressed
desire to forego pursuit of his appeal, we conclude that good cause exists to
suspend the operation of Rule 42.2(a) in this case in accordance with Rule
2.  See Tex. R. App. P. 2.  We
have not yet issued a decision.  Accordingly,
the appeal is dismissed. 

          The
clerk of this Court is directed to issue the mandate within 15 days.  Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Keyes, Sharp, and
Massengale.

Do not publish. 
 Tex. R. App. P. 47.2(b).